1  DAVID N. BARRY, ESQ. (SBN 219230)
   SARAH JANE NORRIS, ESQ. (SBN 312233)
2  THE BARRY LAW FIRM
   11845 W. Olympic Blvd., Suite 1270
3  Los Angeles, CA 90064
   Telephone: 310.684.5859
4  Facsimile: 310.862.4539

5  Attorneys for Plaintiff, OSCAR LEMUS

6

7

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  OSCAR LEMUS, an individual,          Case No. **2:22-CV-1301-SVW (GJSx)**

13                  Plaintiff,           [Removed from Los Angeles Superior
                                         Court, Case No. 22STCV02822]
14        v.
                                         **DECLARATION OF DAVID N.
15                                       BARRY IN SUPPORT OF
16  NISSAN NORTH AMERICA, INC.; a        PLAINTIFF'S MOTION FOR
                                         ATTORNEY'S FEES, COSTS AND
17  Delaware Corporation, and DOES 1     EXPENSES
18  through 20, inclusive,               *[Filed Concurrently with Plaintiff's
19                  Defendants.          Notice of Motion & Motion for
                                         Attorneys' Fees; Memorandum of
20                                       Points and Authorities in Support
                                         Thereof; Declarations of David N.
21                                       Barry, Anna Galaviz, Sarah Jane
                                         Norris, Logan Pascal, and Hallen D.
22                                       Rosner in Support of Motion]*

23                                       **Date:      August 15, 2022**
24                                       **Time:      1:30 p.m.**
                                         **Crtrm:     10A**
25
                                         **Action Filed: January 24, 2022**
26
27                                       *Assigned for all purposes to the Hon.
                                         Stephen V. Wilson*
28                                       *in Courtroom 10A*

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

## DECLARATION OF DAVID N. BARRY

I, David N. Barry, declare as follows:

1.     I am an attorney duly licensed to practice law before all the courts of the State of California and am the attorney of record for Plaintiff, Oscar Lemus ("Plaintiff"). If called upon as a witness, I could and would competently testify to the facts contained herein.

2.     I make this declaration to the best of my knowledge, information, and belief of the stated herein in support of Plaintiff's motion for attorney's fees and costs.

3.     My firm's representation agreement with Plaintiff is based on an hourly rate, payment of which is contingent on prevailing in the case.

4.     On December 14, 2019, Plaintiff purchased a new 2019 Nissan Sentra (the "Subject Vehicle" or "Vehicle"). Per the purchase agreement, Plaintiff agreed to pay $40,884.72. A true and correct copy of the Purchase Agreement is attached hereto as **"Exhibit 1."**

5.     Shortly after purchase, Plaintiff presented the Vehicle to Defendant NNA for repair related to numerous defects, malfunctions, misadjustments, and/or nonconformities related to the defective Continuously Variable Transmission ("CVT"), loud knocking noises coming from the Vehicle, transmission hesitating and jolting, loss of power, transmission slipping and juddering while accelerating, transmission kicking and hesitating while shifting gears, and several recalls. After each presentation, Defendant returned the Vehicle and represented to Plaintiff that the Vehicle was then operating as intended and was safe to drive. Plaintiff reasonably relied on this representation by the service technician at the Defendants' authorized repair facility. All diagnostics/repairs were covered under Defendant NNA's written warranty. A true and correct copy of the Repair Orders are attached in the Barry Decl. as **Exhibit "2."**

6.     With the ongoing problems affecting Plaintiff's Vehicle, Plaintiff notified Defendant of his concerns in or around November 18, 2021, but Defendant

- 1 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

1   ultimately failed to promptly repurchase Plaintiff's Vehicle despite acknowledging
2   its defective nature. At all times, Defendant had direct, contemporaneous knowledge
3   of the Vehicle's defects ass Defendant has access to the databases accessible to its
4   authorized repair facilities and the corporate offices. These repairs indicate each time
5   the Vehicle was presented for repair during the warranty period, as well as every
6   time the Defendant repair facility found a problem attributable to Defendant, and
7   billed Defendant for the work.

8   7.      Once litigation was commenced and Plaintiff had drafted discovery for state
9   court, Defendant removed the case from state to federal court. After removal,
10  Plaintiff drafted federal court written discovery consisting of 18 interrogatories, 44
11  requests for admission, and 63 request for production of documents. Plaintiff
12  incurred additional time on tasks due to the removal and as required by this Court.
13  Tasks included but in no way limited to, reviewing the notice of removal; preparing
14  and drafting initial disclosures under FRCP 26; drafting the Rule 26 joint report of
15  early meeting; preparing and filing the notice of appearance; traveling to and
16  attending Court; and take the deposition of NNA's PMK on May 10, 2022.

17  8.      Plaintiff's counsel was also required to monitor, review, oppose, and prepare
18  for Defendant's (1) Motion for Judgment on the Pleadings (ultimately submitted and
19  hearing vacated and off-calendar) and (2) Motion for Summary Judgement or Partial
20  Summary Judgement (ultimately granted as to Plaintiff's fraud claim). Plaintiff's
21  counsel was required to take additional time to review each of these documents,
22  review Defendant's stipulation for protective order, prepare and file trial documents,
23  and prepare for a hearing prior to receiving this Court's in chambers rulings.

24  9.      Defendant made no offer to settle at all, which if accepted, it would have
25  resulted in my client being forced to deal with the repercussions of Defendant's
26  negligence. Therefore, Defendant has no legitimate grounds to challenge the fees and
27  costs incurred in this matter when Defendant could have promptly repurchased the
28  Vehicle and not been responsible for any fees and costs.

- 2 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

10.     On June 13, 2022, Plaintiff and Nissan, by and through their respective counsel of record, attended the Court-Ordered Pretrial Conference and, after considerable effort, were able to reach a settlement agreement; however, some settlement negotiations remained ongoing with the need for additional financial information.

11.     Only after litigation commenced and good faith negotiation did Defendant ultimately agree to settle this case for $_____, in exchange for surrender of the Subject Vehicle, which Plaintiff accepted.  Plaintiff was able to achieve this outcome without going to trial. In addition, this Court declared and the parties agreed that Plaintiff is the **prevailing party** in this matter and the attorneys' fees, costs, and expenses incurred by Plaintiff would be recoverable under the Song-Beverly Act (the "SBA") by motion.  A true and correct copy of the *Settlement Agreement* is attached hereto as **"Exhibit 3."**

12.     Attached hereto as **"Exhibit 4"** is a true and correct copy of my firm's time entries, which accurately reflect time and tasks performed. It contains a detailed description of the legal services that have been rendered in connection with the above-captioned matter by me. All of the services for which fees have been listed as attributable to me were actually performed, save for the time reviewing Defendant's opposition, preparing the reply brief, and attending the fee motion hearing.

13.     All time entries were completed contemporaneously with each dated entry, and accurately set forth the actual time expended for the matters indicated. I have personally reviewed the billing entries to ensure that they accurately reflect the time expended. As is my practice, I have eliminated or reduced any time I felt was excessive, duplicative, *de minimis*, or otherwise not justified. My firm does not bill clients for support staff time including secretarial or paralegal time.

14.     My firm attempted to keep the attorneys' fees and costs down while providing vigorous and effective representation. At any given time through the duration of this case, there was only one handling attorney along with my involvement given the

- 3 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

facts of the case. Any other contributions by attorneys at my firm were used out of necessity and on the limited capacity to take/defend depositions, oppose certain motions, make a court appearance, and draft this instant Motion, respectively.

15.    Pursuant to the Court's Standing Order and Local Rule 7-3, on **June 13, 2022,** I met and conferred in person with Anthony S. Thomas, Esq., counsel for Defendant, to informally resolve the attorneys' fees and costs. On **June 15, 2022**, Mr. Thomas expressed an inability to informally resolve the attorneys' fees and costs and for me to move forward with the instant Motion.

16.    I am aware of the hourly rates of other attorneys in the California who work in the area of lemon law and consumer law. An hourly rate of $600.00 per hour for myself is consistent with other attorneys who litigate consumer matters and who have my level of experience. I am counsel of record and lead counsel for Plaintiff. I routinely charge that rate, and that rate is routinely paid in most consumer claims that I have resolved. I believe that these rates are reasonable and customary charges. *Please note, I am only seeking an hourly rate of $600 for services rendered after January 1, 2022.*  Breach of warranty/lemon law and sales fraud claims are a sub-specialty of contract law and there are only a handful of lawyers in California that handle these claims. My regular practice is to record my time in 1/10 hour increments together with the date and description of the work performed, either contemporaneous with the completion of the work on a particular day or at the end of the day.

17.    I have been practicing law for 21 years. For more than thirteen of these years, I have specialized in consumer law, including breach of warranty and lemon law cases. I have operated my own firm since August of 2010. Prior to that, I was lead trial counsel for one of the largest lemon law firms in California. Prior to this case, I have successfully handled hundreds of consumer rights claims against various manufacturers and dealers. Additionally, I have tried eleven jury trials to verdict, as well as conducted numerous binding arbitrations.

- 4 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

18. Attached hereto as **"Exhibit 5"** is a true and correct copy of my firm's verified bill of costs incurred in this matter.

19. Attached hereto as **"Exhibit 6"** is a true and correct copy of Page 59 of the *United Sates Consumer Law Fee Survey Report* for the 2017-2018 year, published in September 2019.

20. I graduated Pepperdine School of Law in 2000, where I was an Associate Editor of The Pepperdine Law Review.

21. In 2004, I was admitted to the New York State Bar, where I remain a member in good standing.

22. A recent canvas of the community of attorneys who specialize in this area reveals the following hourly rates:

    a. Robert Brennan of Brennan, Weiner and Associates in La Crescenta, California charges $450 per hour. He has been in practice since 1987.

    b. Hallen Rosner of Rosner, Barry & Babbitt, LLP, San Diego, California, has been practicing law since 1983 and specializes in consumer litigation with particular attention to auto financing issues. He charges $650 per hour.

    c. Martin Anderson of The Anderson Law Firm in Santa Ana, California has practiced law since 1995 and charges $750 per hour. Mr. Anderson specializes in Lemon Law matters.

    d. Mark Anderson of Anderson Law Group in San Francisco, California charges $525 per hour.

    e. Brian Kemnitzer of Kemnitzer Barron & Krieg in San Francisco, California charges $525 per hour.

    f. Michael Lindsay of San Diego, California charges $475 per hour.

    g. Steven Barnes and David Farrell of Barnes & Farrell in Laguna Hills, California charge $350 per hour.

    h. Mark O'Connor of O'Connor Law Group, PC in Laguna Beach, California charges $500 per hour. Mr. O'Connor specializes in lemon law and

- 5 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

consumer protection law.

    i.   Mark Romano of Romano and Stancroff in Los Angeles, California charges $600 per hour.

    j.   John Hendrickson of Hendrickson Law Group, PC in Santa Rosa, California charges $500 per hour.

    k.   Steven Simons of Law Offices Steven A. Simons in Northridge, California charges $650 per hour.

    l.   Lucy Kasparian of California Lemon Law Center in Glendale, California charges $550 per hour.

    m. Lawrence Hutchens of The Law Office of Lawrence J. Hutchens in Cerritos, Californis charges $650.00 per hour.

    n.   Fred Schwinn of The Consumer Law Center, Inc. in San Jose, California charges $700 per hour.

    o.   Joseph Kaufman of Joseph Kaufman & Associates, Inc. in Los Angeles, California charges $575 per hour.

    p.   Scott Kaufman of Kaufman & Kavicky in Los Altos, California charges $660 per hour.

23.    In the case of *Kim v. Porsche Cars North America, Inc.*, BC323951, The Honorable Teresa Sanchez-Gordon approved an hourly rate of $375, with a lodestar multiplier of 1.5, for an hourly rate of $563.50 based on "the skill of Plaintiff's counsel." This case required *three separate appeals*, which I was successful each time. This case also resulted in the published opinion *Kim v. EuroMotors West* (2007) 149 Cal. App. 4th 170.

24.    On December 15, 2011, The Honorable Mel Recana approved my hourly rate of $375 in the case of *Day v. BMW North America, LLC*, BC453831, a Los Angeles County matter.

25.    On January 9, 2012, The Honorable Michael Johnson approved my hourly rate of $375 in the case of *Thompson v. Mercedes-Benz USA, LLC*, BC444338.

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

26.    On May 8, 2012, The Honorable Mark Tansil approved my hourly rate of $375 in the case of *Eid v. Ford Motor Company*, SCV248713, a Sonoma County matter. The court also awarded a lodestar multiplier of 1.5, for an hourly rate of $562.50.

27.    On August 24, 2012, The Honorable Barbara Scheper approved my hourly rate of $375 in the case of *Hogan v. Ford Motor Company*, BC458169.

28.    On January 9, 2014, The Honorable William Mayhew awarded me a 1.25 multiplier in the case of *Wright v. Ford Motor Company*, 679118, a Stanislaus County matter. The court awarded the multiplier based on the delay in payment, as well as the contingency nature of my representation.

29.    On March 24, 2014, The Honorable Frederick Shaller approved my hourly rate of $375 in the case of *Starkman v. Mercedes-Benz USA, LLC*, BC510890.

30.    On April 25, 2014, The Honorable Malcolm Mackey approved my hourly rate of $375 and awarded me a 1.25 multiplier in the case of *Gelb v. BMW of North America, LLC*, BC496724.

31.    On September 22, 2014, The Honorable Maureen Duffy-Lewis approved my hourly rate of $375 in the case of *Campbell v. Hyundai Motor America*, BC482008.

32.    On February 24, 2015 The Honorable Stephanie Bowick approved my hourly rate of $375 in the case of *Tieri v. Mercedes-Benz USA, LLC*, BC529331, a Los Angeles County matter.

33.    On April 7, 2015, The Honorable Rita Miller approved my hourly rate of $375 and awarded a 1.5 multiplier in the case of *Fahringer v. Ford Motor Company*, BC480595.

34.    In August 2015, given the fact that I now had been practicing consumer protection law for over a decade and operating my own firm for 5 years, I increased my hourly rate to $400.

35.    On August 27, 2015, The Honorable Mitchell Beckloff approved my hourly rate of $400 in the case of *Augusto v. Toyota Motor Sales U.S.A., Inc.*, BC516537.

- 7 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

36.    On September 28, 2015, The Honorable Stephen Moloney approved my hourly rate of $400 in the case of *Rodriguez v. Mercedes-Benz USA, LLC*, BC545624.

37.    On October 8, 2015, The Honorable Ernest Hiroshige approved my hourly rate of $400 in the case of *Ly Oul v. BMW of North America, LLC*, BC545625.

38.    On January 22, 2016, The Honorable Richard Fruin approved my hourly rate of $400 and awarded me a 1.15 multiplier against the same Defendant in the case of *Solton v. BMW of North America, LLC*, BC544650.

39.    On January 26, 2017, The Honorable Ruth Ann Kwan approved my hourly rate of $400 in the case of *Kang v. Mercedes Benz USA, LLC*, BC589074.

40.    On, February 8, 2017, The Honorable Evelio Grillo my hourly rate of $400 in the case of *Williams v. BMW of North America, LLC*, BC602114.

41.    On March 15, 2017, The Honorable Ioana Petrou approved my hourly rate of $400 in the case of *Ng v. Ford Motor Company*, RG15781643, an Alameda County matter.

42.    On April 20, 2017, The Honorable Jonathan Cannon approved my hourly rate of $400 in the case of *Belinsky v. Volkswagen Santa Monica, LLC*, JAMS Reference No. 1220052943.

43.    On May 16, 2017, The Honorable Howard Halm approved my hourly rate of $400 in the case of *Stewart v. Land Rover Jaguar North America, LLC*, BC617229.

44.    On August 7, 2017, The Honorable Deirdre Hill approved my hourly rate of $400 in the case of *Forward-Rossi v. Jaguar Land Rover North America, LLC*, BC606266.

45.    On January 1, 2018, I increased my hourly rate to $475.00 due to now being in practice for 18 years.

46.    On April 30, 2018, The Honorable Malcolm Mackey approved my hourly rate of $475 in the case of *Rhone v. Ford Motor Company*, BC606263.

47.    On June 7, 2018, The Honorable Susan Etezadi approved my hourly rate of

- 8 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

$475 in the case of *Lashuel v. Ford Motor Company*, 16CIV01546, a San Mateo County matter.

48.     On September 25, 2018, The Honorable Dieridre Hill approved my hourly rate of $475 in the case of *Sayyah v. Maserati North America, Inc.*, BC659926.

49.     On November 1, 2018, The Honorable Monica Bachner approved my hourly rate of $475 in the case of *Satina v. Mercedes-Benz USA, LLC*, BC618532.

50.     On December 18, 2018, The Honorable Anthony Mohr approved my hourly rate of $475 in the case of *Librush v. Mercedes-Benz USA, LLC*, BC639977.

51.     On January 11, 2019, the arbitrator Michael D. Ranahan, Esq. approved my hourly rate of $475 in the case of *Duke v. Central Valley Automotive Inc., dba Central Valley Volkswagen Hyundai*, Case No. 1120013408.

52.     On February 5, 2019, The Honorable Jo-Lynne Lee approved my hourly rate of $475 in the case of *Barn v. Mercedes-Benz US, LLC*, Case No. RG17855323.

53.     On May 1, 2019, The Honorable Randolph M. Hammock approved my hourly rate of $475 in the case of *Hernandez v. BMW of North America, LLC*, Case No. BC632564.

54.     On July 2, 2019, The Honorable Michael L. Stern approved my hourly rate of $475 in the case of *Giamela v. Jaguar Land Rover North America, LLC*, Case No. BC683018.

55.     On July 10, 2019, The Honorable John F. Walter of the U.S. Federal Court-Central District approved my hourly rate of $475 in the case of *Manzano v. FCA US, LLC*, Case No. 2:18-cv-03360-JFW.

56.     On July 23, 2019, The Honorable Gregory Alarcon approved my hourly rate of $475 in the case of *Bui v. BMW North America, LLC*, Los Angeles Superior Court Case No. BC674734.

57.     On September of 2019, I increased my hourly rate to $525.00 due to the rate increase for consumer law attorneys in practice for over 19 years.

58.     On September 3, 2019, The Honorable Barbara Scheper approved my hourly

- 9 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

1 | rate of $475 in the case of *Molina v. General Motors, LLC,* Los Angeles Superior

2 | Court Case No. BC702097.

3 | 59.     On September 4, 2019, The Honorable Leland Davis, III approved my hourly

4 | rate of $475 in the case of *Ma's Auto Repair & Smog Station, et. al. v. Mercedes-*

5 | *Benz USA, LLC*, San Mateo Superior Court Case No. 17CIV02363.

6 | 60.     On September 11, 2019, The Honorable Angel M. Bermudez approved my

7 | hourly rate of $475 in the case of *Barbara Hollowell, successor in interest to Robert*

8 | *Hollowell, decedent v. Jaguar Land Rover North America, LLC*, Riverside Superior

9 | Court Case No. MCC1701048.

10 | 61.     On September 30, 2019, The Honorable Terry A. Green approved my hourly

11 | rate of $475 in the case of *Miller v. General Motors, LLC,* Los Angeles Superior

12 | Court Case No. BC700358.

13 | 62.     On October 4, 2019, The Honorable Daniel Murphy approved my hourly rate

14 | of $475 in the case of *Rossi v. General Motors, LLC,* Los Angeles Superior Court

15 | Case No. BC689924.

16 | 63.     On October 29, 2019, The Honorable Gregory W. Alarcon approved my

17 | hourly rate of $475 in the case of *Ortega v. General Motors, LLC*, Los Angeles

18 | Superior Court Case No. BC698790.

19 | 64.     On December 18, 2019, The Honorable Elizabeth Allen White approved my

20 | hourly rate of $475 in the case of *Pointer v. General Motors, LLC*, Los Angeles

21 | Superior Court Case No. BC685912.

22 | 65.     On January 7, 2020, The Honorable Elizabeth Allen White approved my

23 | hourly rate of $475 in the case of *Saucedo v. FCA US, LLC,* Los Angeles Superior

24 | Court Case No. BC683987.

25 | 66.     On February 10, 2020, The Honorable Michael P. Linfield approved my

26 | hourly rate of $475 in the case of *Roberto v. FCA US, LLC*, Los Angeles Superior

27 | Court Case No. BC72360.

28 | 67.     On February 25, 2020, The Honorable Yolanda Orozco approved my hourly

- 10 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

rate of $525 in the case of *Gonzalez v. FCA US, LLC,* Los Angeles Superior Court Case No. BC712425.

68.    On February 28, 2020, in the matter of *Shan, et. al. v. General Motors, LLC,* Los Angeles Superior Court Case No. BC698152, The Honorable Teresa A. Beaudet my hourly rate of $525 to be reasonable.

69.    On May 6, 2020, The Honorable Terry Green approved my hourly rate of $525 in the matter of *Babich v. BMW of North America, LLC, et al.,* Los Angeles Superior Court Case No. BC674739.

70.    On June 17, 2020, The Honorable Stephen D. Schuett approved my hourly rate of $525 in the case of *Valderrama v. FCA US, LLC,* Kern County Superior Court Case No. BCV-18-100385.

71.    On December 14, 2019, The Honorable Patricia Nieto approved my hourly rate of $525 in the case of *Castellanos v. Subaru of America, Inc.,* Los Angeles Superior Court Case No. BC713481.

72.    On July 2, 2020, The Honorable Laura A. Seigle approved my hourly rate of $525 in the case of *Huerta, et. al. v. FCA US, LLC,* Los Angeles Superior Court Case No. BC703191.

73.    On July 20, 2020, The Honorable Barbara Scheper approved my hourly rate of $525 in the matter of *Romero, et al. v. FCA US, LLC,* Los Angeles Superior Court Case No. BC666599.

74.    On July 22, 2020, The Honorable Barbara M. Scheper approved my hourly rate of $525 in the matter of *Pamintuan v. General Motors, LLC,* Los Angeles Superior Court Case No. BC707282.

75.    On July 23, 2020, The Honorable Elaine Lu approved my hourly rate of $525 in the matter of *Canlas v. General Motors, LLC,* Los Angeles Superior Court Case No. BC693440.

76.    On August 5, 2020, The Honorable Michael P. Linfield approved my hourly rate of $525 in the matter of *Lopez, et al. v. General Motors, LLC,* Los Angeles

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

1    Superior Court Case No. 18STCV08599.

2    77.    On August 7, 2020, The Honorable Thomas S. Clark approved my hourly rate

3    of $525 in the matter of *Balian v. FCA US, LLC,* Kern County Superior Court Case

4    No. BCV-18-101534.

5    78.    On August 12, 2020, The Honorable Elizabeth Allen White approved my

6    hourly rate of $525 in the matter of *Ayala, et al. v. FCA US, LLC,* Los Angeles

7    Superior Court Case No. BC686866.

8    79.    On August 14, 2020, The Honorable Richard E. L. Strauss approved my

9    hourly rate of $525 in the matter of *Azoulay v. FCA US, LLC,* San Diego Superior

10    Court Case No. 37-2019-00014099-CU-BC-CTL.

11    80.    On August 26, 2020, The Honorable Stephen D. Schuett approved my hourly

12    rate of $525 in the matter of *Mason v. FCA US, LLC,* Kern County Superior Court

13    Case No. BCV-18-101386.

14    81.    On August 31, 2020 The Honorable Holly J. Fujie approved my hourly rate of

15    $525 in the matter of *Hasler v. General Motors, LLC,* Los Angeles Superior Court

16    Case No. 18STCV01679.

17    82.    On October 9, 2020, The Honorable Ronald L. Styn approved my hourly rates

18    in the matter of *Dines, et al. v. FCA US, LLC,* San Diego Superior Court Case No.

19    37-2019-00007711-CU-BC-CTL.

20    83.    On October 13, 2020, The Honorable Vincent O'Neill approved my hourly

21    rates in the matter *Caspi v. FCA US, LLC,* Ventura County Superior Court Case No.

22    56-2018-00508405-CU-BC-VTA.

23    84.    On October 14, 2020, The Honorable Daniel S. Murphy approved my hourly

24    rates in the matter of *Sepulveda v. General Motors, LLC,* Los Angeles Superior

25    Court Case No. 18STCV01339.

26    85.    On October 21, 2020, The Honorable Teresa A. Beaudet approved my hourly

27    rates in the matter of *Dugger, et al. v. General Motors, LLC,* Los Angeles Superior

28    Court Case No. 18STCV01341.

- 12 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

86.    On October 29, 2020, The Honorable David Sotelo approved my hourly rates in the matter of *Medel v. FCA US LLC*, Los Angeles Superior Court Case No. BC708784.

87.    On December 3, 2020, The Honorable Wendy Chang approved my hourly rates in the matter *Gallagher v. FCA US LLC*, Los Angeles Superior Court Case No. 18AVCV00164.

88.    On December 17, 2020, The Honorable Steven K. Austin approved my hourly rates in the matter *Petrenko v. Mercedes-Benz USA, LLC,* Contra Costa Superior Court Case No. CIVMSC18-01548.

89.    On February 5, 2021, The Honorable Cynthia A. Freeland approved my hourly rates in the matter *Wilson v. FCA US LLC*, San Diego Superior Court Case No. 37-2018-00052953-CU-BC-NC.

90.    On March 5, 2021, The Honorable Lynn Poncin approved my hourly rates in the matter of *Hadi v. Mercedes-Benz USA, LLC*, San Bernardino Superior Court Case No. CIVDS1812997.

91.    On April 16, 2021, The Honorable Jeanine Nadel approved my hourly rates in the matter *Wake v. FCA US LLC*, Mendocino Superior Court Case No. SCUK-CVG-19-72514.

92.    On April 22, 2021, The Honorable Lia Martin approved my hourly rates in the matter *Worden v. Mercedes-Benz USA LLC*, Los Angeles Superior Court Case No.: BC693444.

93.    On May 3, 2021, The Honorable Michelle Williams Court approved my hourly rates in the matter *Perez v. FCA US LLC*, Los Angeles Superior Court Case No. 19STCV12447.

94.    On May 13, 2021, The Honorable John D. Freeland approved my hourly rates in the matter *Saing v. FCA US LLC*, Stanislaus Superior Court Case No. 2028663.

95.    On June 2, 2021, The Honorable Stephanie George approved my hourly rates in the matter *Davenport v. FCA US LLC, et al.*, Orange County Superior Court Case

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

No.: 30-2019-01058285-CU-BC-CJC.

96.     On June 16, 2021, The Honorable Fred W. Slaughter approved my hourly rates in the matter *Verrette v. FCA US LLC, et al,* Orange County Superior Court Case No. 30-2019-01052692-CU-BC-CJC.

97.     On August 18, 2021, The Honorable Stephanie George approved my hourly rates in the matter *Uriostegui-Lopez v. FCA US LLC,* Orange County Superior Court Case No. 30-2019-01090342-CU-BC-CJC.

98.     On August 23, 2021, The Honorable Steven J. Kleifield approved my hourly rates in the matter *Stefek v. FCA US LLC,* Los Angeles Superior Court Case No. BC693439.

99.     On September 29, 2021, The Honorable Stuart Rice approved my hourly rates in the matter *Kusiak v. FCA US LLC, et al.,* Los Angeles Superior Court Case No. 19STCV37875.

100.    On October 29, 2021, The Honorable Gregory Alarcon approved my hourly rates in the matter *Yazouri v. Ford Motor Company,* Los Angeles Superior Court Case No. 19STCV46737.

101.    On November 17, 2021, The Honorable Maurice A. Leiter approved my hourly rates in the matter *Tafoya v. FCA US LLC,* Los Angeles Superior Court Case No. 19STCV36453.

99.     On December 10, 2021, The Honorable John Mayne approved my hourly rates in the matter *Westberg v. FCA US LLC, et al.,* Stanislaus Superior Court Case No. CV-18-002949.

102.    On December 20, 2021, The Honorable Stephanie Bowick approved my hourly rates in the matter *Contreras v. FCA US LLC,* Los Angeles Superior Court Case No. 18STCV08601.

103.    On January 6, 2022, The Honorable Michael Markman approved my hourly rates in the matter *Rodriguez v. General Motors LLC,* Alameda Superior Court Case No. HG20066742.

- 14 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

104.   On January 1, 2022, my rate of $525.00 was increased to $600.00 due to now being in practice for 21 years.

105.   On January 19, 2022, The Honorable Raquel Marquez approved my hourly rates in the matter *Loustaunau, et al. v. FCA US LLC*, Riverside Superior Court Case No. MCC1900065.

106.   On January 25, 2022, The Honorable Richard L. Fruin approved my hourly rates in the matter *Castillo, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 20STCV488897.

107.   On January 25, 2022, The Honorable Timothy Patrick Dillon approved my hourly rates in the matter *Jackson v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV31895.

108.   On January 27, 2022, The Honorable Christopher Lui approved my hourly rates in the matter *Vilcapoma, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 20STCV37805.

109.   On January 31, 2022, The Honorable Michael Linfield approved my hourly rates in the matter *Polanco v. General Motors LLC*, Los Angeles Superior Court Case No. 20STCV22161.

110.   On February 2, 2022, The Honorable William H. Orrick approved my hourly rates in the matter *Cox v. FCA US LLC*, United States District Court for the Northern District of California Case No 3:20-cv-03808-WHO.

111.   On February 3, 2022, The Honorable Christopher Lui approved my hourly rates in the matter *Alfaro, et al. v, FCA US LLC, et al.*, Los Angeles Superior Court Case No. 19STCV38230.

112.   On March 14, 2022, The Honorable Craig G. Riemer approved my hourly rate of $525 in the matter *Garcia v. Mercedes-Benz USA, LLC*, Riverside Superior Court Case No. MCC2000883.

113.   On March 10, 2022, The Honorable William Alsup approved my hourly rate of $525.00 in the matter *Hanai, et al. v. Mercedes-Benz USA LLC*, United States

- 15 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

1  District Court for the Northern District of California Case No. 3:20-cv-06012-WHA.

2  114.  On March 24, 2022, The Honorable Christopher K. Lui approved my hourly

3  rates of $525 and $600 in the matter *Orijel, et al. v. General Motors LLC*, Los

4  Angeles Superior Court Case No. 19STCV32688.

5  115.  On April 4, 2022, The Honorable Ronald L. Johnson approved my hourly

6  rates of $475.00, $525.00, and $600.00 in the matter *Eckert v. General Motors LLC*,

7  Riverside Superior Court Case No. PSC1901863.

8  116.  On April 8, 2022, The Honorable Timothy Patrick Dillon approved my hourly

9  rate of $525.00 in the matter *Rodriguez v. General Motors LLC*, Los Angeles

10  Superior Court Case No. 20STCV30483.

11  117.  On April 26, 2022, The Honorable John M. Tomberlin approved my hourly

12  rate of $525 in the matter *Chui, et al. v. Mercedes-Benz USA LLC*, San Bernardino

13  Superior Court Case No. CIVDS2013094.

14  118.  On May 18, 2022, The Honorable Sunshine Sykes approved my hourly rate of

15  $525 in the matter of *Romero v. General Motors LLC*, Riverside Superior Court Case

16  No. RIC2004194.

17  119.  On May 25, 2022, The Honorable Brian S. McCarville approved my hourly

18  rates of $525.00 and $600.00 in the case of *Vega v. General Motors, LLC*, San

19  Bernardino Superior Court Case No. CIVDS2014761.

20  120.  On May 26, 2022, The Honorable Irma Asberry approved my hourly rates of

21  $525.00 in the case of *Wouwenaar et al. v. Ford Motor Co.*, Riverside Superior

22  Court Case No. CVRI2100402.

23  121.  On June 2, 2022, The Honorable Kira Klatchko approved my hourly rate of

24  $525.00 in the matter *Sauceda v. Ford Motor Company*, Riverside Superior Court

25  Case No. PSC2003393.

26  122.  On June 9, 2022, The Honorable Christopher Lui approved my hourly rate of

27  $525 and $600 in the matter *Manukian v. General Motors, LLC*, Los Angeles

28  Superior Court Case No. 19STCV01835.

- 16 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

123.   On June 20, 2022, The Honorable Michael M. Sachs approved my hourly rate of $525 and $600 in the matter *Garduno v. General Motors, LLC*, San Bernardino Superior Court Case No. CIVDS2024239.

124.   I believe that the requested fees are reasonable in this case given the time spent, the nature of the case, the results achieved and the experience of counsel. By the time this motion is heard, it will have been over a year and a half since the lawsuit was initially filed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of June 2022, in Los Angeles, California.

_____/s/ David N. Barry_____
David N. Barry, Esq.

- 17 -

**DECLARATION OF DAVID N. BARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022 I filed the foregoing document entitled **DECLARATION OF DAVID N. BARRY, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____/s/ David. N. Barry_____