DAVID N. BARRY, ESQ. (SBN 219230)
SARAH JANE NORRIS, ESQ. (SBN 312233)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, OSCAR LEMUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEMUS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01301-SVW (GJSx)<br><br>[Removed from Superior Court of California for the County of Los Angeles, Case No. 22STCV02822]<br><br>**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Date: August 15, 2022**<br>**Time: 1:30 p.m.**<br>**Crtrm: 10A**<br><br>**Action Filed: January 24, 2022**<br><br>*Assigned for all purposes to the Hon. Stephen V. Wilson in Courtroom 10A* |

I, Sarah Jane Norris, declare and state as follows:

1.     I am an attorney duly licensed to practice law in the State of California. I am an Associate at The Barry Law Firm, a firm specializing in consumer protection law, including the Song-Beverly Consumer Warranty Act. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs. I have personal

1   knowledge of the following facts that I know to be true and accurate. If called as a

2   witness, I could and would competently testify thereto.

3       2.    I have reviewed my time entries in this matter, which are attached as

4   Exhibit "4" to Plaintiff's Motion for Attorneys' Fees and Costs, and confirm that the

5   time entries that correspond to the work I performed are true and accurate. It is my

6   custom and practice to contemporaneously keep track of my time with each dated

7   entry. I track and bill my time in one-tenth of an hour increments.

8       3.    I earned my Juris Doctor from Regent University School of Law in May

9   2016, and I earned my Bachelor of Science degree from Harding University in 2013.

10      4.    I have been practicing law in California for almost six (6) years in good

11   standing, having obtained my license in December 2016. From approximately

12   September 2016 to December 2016, I was employed as a law clerk by a firm in

13   Sherman Oaks, CA specializing in the representation of property management groups

14   across the Southland. Upon passing the California State Bar Exam in December of

15   2016, I was hired as an Associate Attorney at that firm. I worked almost exclusively

16   on cases involving Unlawful Detainer and completed over 500 cases from client intake

17   interviews to conducting settlement negotiations prior to trial. To the best of my

18   recollection, my billing rate was $295/hour when I left the firm in or around November

19   2017.

20      5.    I then was the principal and sole practitioner in my own consulting firm

21   for seven (7) months from approximately December 2017 until June 2018. I handled

22   a wide variety of hourly billed matters, obtaining favorable results for my clients. I

23   also consulted with other law firms helping to streamline litigation preparation, motion

24   drafting, and legal research. The industries and subject areas of my work varied.

25      6.    I have been an associate with The Barry Law Firm since July 2018. My

26   hourly rate from July 2018 to September 2019 was $250.00. My hourly rate since

27   October 2019 is $300.00. My hourly rate since January 1, 2022 is $350.00, which is

28

**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1    in line with, if not lower, than the majority of attorneys with my level of education and

2    experience practicing in my geographical area and subject area of law.

3           7.    On May 1, 2019, the Honorable Randolph M. Hammock approved my

4    previous hourly rate of $250 in the case of *Hernandez v. BMW of North America, LLC*,

5    Case No. BC632564.

6           8.    On July 23, 2019, the Honorable Gregory W. Alarcon approved my

7    previous hourly rate of $250 in the case of *Bui v. BMW North America, LLC*, Los

8    Angeles Superior Court Case No. BC674734.

9           9.    On September 3, 2019, the Honorable Barbara M. Scheper approved my

10   previous hourly rate of $250 in the case of *Molina v. General Motors, LLC*, Los

11   Angeles Superior Court Case No. BC702097.

12         10.    On September 4, 2019, the Honorable Leland Davis, III approved my

13   previous hourly rate of $250 in the case of *Ma's Auto Repair & Smog Station, et. al.*

14   *v. Mercedes-Benz USA, LLC*, San Mateo Superior Court Case No. 17CIV02363.

15         11.    On September 11, 2019, the Honorable Angel M. Bermudez approved

16   my previous hourly rate of $250 in the case of *Barbara Hollowell, successor in interest*

17   *to Robert Hollowell, decedent v. Jaguar Land Rover North America, LLC*, Riverside

18   Superior Court Case No. MCC1701048.

19         12.    On September 30, 2019, the Honorable Terry A. Green approved my

20   previous hourly rate of $250 in the case of *Miller v. General Motors, LLC*, Los Angeles

21   Superior Court Case No. BC700358.

22         13.    On October 4, 2019, the Honorable Daniel Murphy approved my

23   previous hourly rate of $250 in the case of *Rossi v. General Motors, LLC*, Los Angeles

24   Superior Court Case No. BC689924.

25         14.    On October 29, 2019, the Honorable Gregory W. Alarcon approved my

26   previous hourly rate of $250 in the case of *Ortega v. General Motors, LLC*, Los

27   Angeles Superior Court Case No. BC698790.

28

-3-
**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1    15.    On December 18, 2019, the Honorable Elizabeth Allen White approved

2  my previous hourly rate of $250 in the case of *Pointer v. General Motors, LLC*, Los

3  Angeles Superior Court Case No. BC685912.

4    16.    On January 7, 2020, the Honorable Elizabeth Allen White approved my

5  previous hourly rate of $250 in the case of *Saucedo v. FCA US, LCC,* Los Angeles

6  Superior Court Case No. BC683987.

7    17.    On February 25, 2020, the Honorable Yolanda Orozco approved my

8  hourly rate of $300 in the case of *Gonzalez v. FCA US, LLC,* Los Angeles Superior

9  Court Case No. BC712425.

10    18.    On February 28, 2020, the Honorable Teresa A. Beaudet approved my

11  hourly rate of $300 in the case of *Shan, et. al. v. General Motors, LLC,* Los Angeles

12  Superior Court Case No. BC698152..

13    19.    One June 17, 2020, the Honorable Stephen D. Schuett approved my

14  hourly rate of $300 in the case of *Valderrama v. FCA US, LLC,* Kern County Superior

15  Court Case No. BCV-18-100385.

16    20.    On June 26, 2020, the Honorable Patricia Nieto approved my hourly rate

17  of $300 in the case of *Castellanos v. Subaru of America, Inc.,* Los Angeles Superior

18  Court Case No. BC713481.

19    21.    On July 2, 2020, the Honorable Laura A. Seigle approved my hourly rate

20  of $300 in the case of *Huerta, et. al. v. FCA US, LLC,* Los Angeles Superior Court

21  Case No. BC703191.

22    22.    On July 20, 2020, the Honorable Barbara Scheper approved my hourly

23  rate of $300 in the matter of *Romero, et al. v. FCA US, LLC,* Los Angeles Superior

24  Court Case No. BC666599.

25    23.    On July 22, 2020, the Honorable Barbara M. Scheper approved my hourly

26  rate of $300 in the matter of *Pamintuan v. General Motors, LLC,* Los Angeles Superior

27  Court Case No. BC707282.

28    24.    On July 23, 2020, the Honorable Elaine Lu approved my hourly rate of

-4-

**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1   $300 in the matter of *Canlas v. General Motors, LLC,* Los Angeles Superior Court

2   Case No. BC693440.

3       25.    On August 4, 2020, the Honorable Michael P. Linfield approved my

4   hourly rate of $300 in the matter of *Lopez, et al. v. General Motors, LLC,* Los Angeles

5   Superior Court Case No. 18STCV08599.

6       26.    On August 26, 2020, the Honorable Stephen D. Schuett approved my

7   hourly rate $300 in the matter of *Mason v. FCA US, LLC,* Kern County Superior Court

8   Case No. BCV-18-101386.

9       27.    On August 28, 2020, the Honorable Holly J. Fujie approved my hourly

10  rate of $300 in the matter of *Hasler v. General Motors, LLC,* Los Angeles Superior

11  Court Case No. 18STCV01679.

12      28.    On September 9, 2020, this Court approved my hourly rate of $300 in the

13  matter of *Maldonado v. General Motors, LLC,* Los Angeles Superior Court Case No.

14  18STCV07292.

15      29.    On October 13, 2020, the Honorable Vincent O'Neill approved my

16  hourly rate of $300 in the matter of *Caspi v. FCA US, LLC,* Ventura County Superior

17  Court Case No. 56-2018-00508405-CU-BC-VTA.

18      30.    On October 14, 2020, the Honorable Daniel S. Murphy approved my

19  hourly rate of $300 in the matter of *Sepulveda v. General Motors, LLC,* Los Angeles

20  Superior Court Case No. 18STCV01339.

21      31.    On October 21, 2020, the Honorable Teresa A. Beaudet approved my

22  hourly rate of $300 in the matter of *Dugger, et al. v. General Motors LLC,* Los Angeles

23  Superior Court Case No.: 18STCV01341.

24      32.    On October 29, 2020, the Honorable David Sotelo approved my hourly

25  rate of $300 in the matter of *Medel v. FCA US, LLC,* Los Angeles Superior Court Case

26  No. BC708784.

27      33.    On November 17, 2020, the Honorable Sharon Waters approved my

28  hourly rate of $300 in the matter of *Bengard v. FCA US LLC,* Riverside Superior Court

-5-
**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1   Case No.: RIC1820680.

2       34.    On December 3, 2020, the Honorable Wendy Chang approved my hourly

3   rate of $300 in the matter of *Gallagher v. FCA US LLC*, Los Angeles Superior Court

4   Case No.: 18AVCV00164.

5       35.    On December 17, 2020, the Honorable Steven K. Austin approved by

6   hourly rate of $300 in the matter of *Petrenko v. Mercedes-Benz USA LLC*, Contra

7   Costa Superior Court Case No.: CIVMSC18-01548.

8       36.    On April 16, 2021, the Honorable Jeanine Nadel approved my hourly rate

9   of $300 in the matter of *Wake v. FCA US LLC*, Mendocino County Superior Court

10   Case No.: SCUK-CVG-19-72514.

11       37.    On April 22, 2021, the Honorable Lia Martin approved my hourly rate of

12   $300 in the matter of *Worden v. Mercedes-Benz USA LLC*, Los Angeles Superior

13   Court Case No.: BC693444.

14       38.    On May 13, 2021, the Honorable John D. Freeland approved my hourly

15   rate in the matter of *Saing v. FCA US LLC*, Stanislaus Superior Court Case No.:

16   2028663.

17       39.    On June 16, 2021, the Honorable Fred W. Slaughter approved my hourly

18   rate in the matter of *Verrette v. FCA US LLC*, Orange County Superior Court Case No.

19   30-2019-01052692-CU-BC-CJC.

20       40.    On August 23, 2021, the Honorable Stephanie George approved my

21   hourly rate in the matter of *Stefek v. FCA US LLC*, Los Angeles Superior Court Case

22   No. BC693439.

23       41.    On November 17, 2021, the Honorable Maurice Leiter approved my

24   hourly rates in the matter *Tafoya v. FCA US LLC*, Los Angeles Superior Court Case

25   No. 19STCV36453.

26       42.    On December 10, 2021, the Honorable John Mayne approved my hourly

27   rate in the matter of *Westberg v. FCA US LLC*, Stanislaus Superior Court Case No.

28   CV-18-002949.

-6-

**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

43.    On January 6, 2022, the Honorable Michael Markman approved my hourly rate in the matter of *Rodriguez v. General Motors LLC*, Alameda Superior Court Case No. HG20066742.

44.    On January 1, 2022 my hourly rate of $300.00 was increased to $350.00 due to now being in practice for 5 years.

45.    On January 25, 2022, the Honorable Timothy Patrick Dillon approved my hourly rate in the matter *Jackson v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV31895.

46.    On March 24, 2022, the Honorable Christopher K. Lui approved my hourly rates of $300.00 and $350.00 in the matter *Orijel, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV32688.

47.    On April 4, 2022, the Honorable Ronald L. Johnson approved my hourly rates of $300.00 and $350.00 in the matter *Eckert v. General Motors LLC*, Riverside Superior Court Case No. PSC1901863.

48.    On April 8, 2022, the Honorable Timothy Patrick Dillon approved my hourly rate of $300.00 in the matter *Rodriguez v. General Motors LLC*, Los Angeles Superior Court Case No. 20STCV30483.

49.    On May 9, 2022, the Honorable Stephen Baker approved my hourly rate of $300.00 in the matter *Lazo v. General Motors LLC*, Shasta County Superior Court Case No. 196763.

50.    On June 9, 2022, the Honorable Christopher K. Lui approved my hourly rates of $300.00 and $350.00 in the matter *Manukian v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV01835.

51.    On June 13, 2022, the Honorable Stephen H. Baker approved my hourly rate of $300.00 in the matter *Wall v. General Motors LLC*, Shasta County Superior Court Case No. CVCV21-196989.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

-7-
**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1    Executed this 28th day of June 2022, at Los Angeles, California.

2

3

4                         */s/ Sarah Jane Norris*
                          SARAH JANE NORRIS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-
**DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on June 28, 2022 I filed the foregoing document entitled

3  **DECLARATION OF SARAH JANE NORRIS, ESQ. IN SUPPORT OF**

4  **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND**

5  **EXPENSES** with the clerk of court using the CM/ECF system, which will send a

6  notice of electronic filing to all counsel of record in this action.

7

8

9                                              /s/ David. N. Barry

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28