DAVID N. BARRY, ESQ. (SBN 219230)
LOGAN PASCAL, ESQ. (SBN 324733)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, OSCAR LEMUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEMUS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01301-SVW (GJSx)<br><br>[Removed from Superior Court of California for the County of Los Angeles, Case No. 22STCV02822]<br><br>**DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Date: August 15, 2022**<br>**Time: 1:30 p.m.**<br>**Crtrm: 10A**<br><br>**Action Filed: January 24, 2022**<br><br>*Assigned for all purposes to the Hon. Stephen V. Wilson in Courtroom 10A* |

I, Logan Pascal, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an Associate at The Barry Law Firm, a firm specializing in consumer protection law, including the Song-Beverly Consumer Warranty Act. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs. I have personal

-1-
DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

knowledge of the following facts that I know to be true and accurate. If called as a witness, I could and would competently testify thereto.

2. I have reviewed my time entries in this matter, which are attached as Exhibit "4" to Plaintiff's Motion for Attorneys' Fees and Costs, and confirm that the time entries that correspond to the work I performed are true and accurate. It is my custom and practice to contemporaneously keep track of my time with each dated entry. I track and bill my time in one-tenth of an hour increments.

3. I earned my Juris Doctor from Southwestern Law School in May 2018, and I earned my Bachelor of Arts degree from the University of California, Santa Barbara in 2014.

4. I have been practicing law in California for nearly three (3) years in good standing, having obtained my license in January 2019. From approximately October 2018 to December 2019, I was employed as a law clerk by a firm in Santa Monica, CA specializing in Employment Law. Upon passing the California State Bar Exam in January of 2019, I was hired as an Associate Attorney at that firm.

5. I have been an associate with The Barry Law Firm since August 2019. My hourly rate is $250.00 which is in line with, if not lower, than the majority of attorneys with my level of education and experience practicing in my geographical area and subject area of law.

6. On February 10, 2020, the Honorable Michael P. Linfield approved my hourly rate of $250 in the case of *Roberto v. FCA US LLC*, Los Angeles Superior Court Case No. BC723601.

7. On February 28, 2020, the Honorable Teresa A. Beaudet approved my hourly rate of $250 in the case of *Shan, et. al. v. General Motors, LLC*, Los Angeles Superior Court Case No. BC698152.

8. On August 4, 2020, the Honorable Michael P. Linfield approved my hourly rate of $250 in the matter of *Lopez, et al. v. General Motors, LLC*, Los Angeles Superior Court Case No. 18STCV08599.

-2-
**DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

9. On August 7, 2020, the Honorable Thomas S. Clark approved my hourly rate of $250 in the matter of *Balian v. FCA US, LLC,* Kern County Superior Court Case No. BCV-18-101534.

10. On August 12, 2020, the Honorable Elizabeth Allen White approved my hourly rate of $250 in the matter of *Ayala, et al. v. FCA US, LLC,* Los Angeles Superior Court Case No. BC686866.

11. On August 28, 2020, the Honorable Holly J. Fujie approved my hourly rate of $250 in the matter of *Hasler v. General Motors, LLC,* Los Angeles Superior Court Case No. 18STCV01679.

12. On September 9, 2020, the Honorable Richard Fruin approved my hourly rate of $250 in the matter of *Maldonado v. General Motors, LLC,* Los Angeles Superior Court Case No. 18STCV07292.

13. On October 13, 2020, the Honorable Vincent O'Neill approved my hourly rate of $250 in the matter of *Caspi v. FCA US, LLC*, Ventura County Superior Court Case No. 56-2018-00508405-CU-BC-VTA.

14. On October 21, 2020, the Honorable Teresa A. Beaudet approved my hourly rate of $250 in the matter of *Dugger, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 18STCV01341.

15. On April 16, 2021, the Honorable Jeanine Nadel approved my hourly rate of $250 in the matter of *Wake v. FCA US LLC*, Mendocino County Superior Court Case No. SCUK-CVG-19-72514.

16. On April 22, 2021, the Honorable Lia Martin approved my hourly rate of $250 in the matter of *Worden v. Mercedes-Benz USA LLC*, Los Angeles Superior Court Case No.: BC693444.

17. On May 3, 2021, the Honorable Michelle Williams Court approved my hourly rate in the matter of *Perez v. FCA US LLC*, Los Angeles Superior Court Case No.: 19STCV12447

18. On June 2, 2021, the Honorable Stephanie George approved my hourly rate in the matter of *Davenport v. FCA US LLC, et al.*, Orange County Superior Court Case No.: 30-2019-01058285-CU-BC-CJC.

19. On June 30, 2021, the Honorable Richard J. Burdge approved my hourly rate in the matter of *Cerrato v. Ford Motor Company*, Los Angeles Superior Court Case No. 19STCV10309.

20. On August 18, 2021, the Honorable Stephanie George approved my hourly rate in the matter of *Uriostegui-Lopez v. FCA US LLC, et al.*, Orange County Superior Court Case No. 30-2019-01090342-CU-BC-CJC.

21. On August 23, 2021, the Honorable Steven J. Kleifield approved my hourly rate in the matter of *Stefek v. FCA US LLC*, Los Angeles Superior Court Case No. BC693439.

22. On September 29, 2021, the Honorable Stuart M. Rice approved my hourly rate in the matter *Kusiak v. FCA US LLC, et al.*, Los Angeles Superior Court Case No. 19STCV37875.

23. On October 14, 2021, the Honorable Jesus G. Bernal approved my hourly rate in the matter *Luna v. FCA US LLC*, United States District Court for the Central District of California Case No. 5:20-cv-00663-JGB-SHK.

24. On November 17, 2021, the Honorable Maurice A. Leiter approved my hourly rate in the matter *Tafoya v. FCA US LLC*, Los Angeles Superior Court Case No. 19STCV36453.

25. On December 10, 2021, the Honorable John Mayne approved my hourly rate in the matter *Westberg v. FCA US LLC, et al.*, Stanislaus Superior Court Case No. CV-18-002949.

26. On December 20, 2021, the Honorable Stephanie Bowick approved my hourly rate in the matter *Contreras v. FCA US LLC*, Los Angeles Superior Court Case No. 18STCV08601.

27. On January 1, 2022 my hourly rate of $250.00 was increased to $300.00 due to now being in practice for 3 years.

28. On February 2, 2022, the Honorable William H. Orrick approved my hourly rate in the matter *Cox v. FCA US LLC*, United States District Court for the Northern District of California Case No. 3:20-cv-03808-WHO.

29. On February 3, 2022, the Honorable Christopher Lui approved my hourly rate in the matter *Alfaro, et al. v. FCA US LLC*, Los Angeles Superior Court Case No. 19STCV38230.

30. On March 10, 2022, the Honorable William Alsup approved my hourly rate of $250.00 in the matter *Hanai, et al. v. Mercedes-Benz USA LLC*, United States District Court for the Northern District of California Case No. 3:20-cv-06012.

31. On March 14, 2022, the Honorable Craig Riemer approved my hourly rate of $250.00 in the matter *Garcia v. Mercedes-Benz USA LLC*, Riverside Superior Court Case No. MCC2000883.

32. On March 24, 2022, the Honorable Christopher K. Lui approved my hourly rates on $250.00 and $300.00 in the matter *Orijel, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV32688.

33. On April 4, 2022, the Honorable Ronald L. Johnson approved my hourly rates of $250.00 and $300.00 in the matter *Eckert v. General Motors LLC*, Riverside Superior Court Case No. PSC1901863.

34. On April 27, 2022, the Honorable Mark V. Mooney approved my hourly rate of $250.00 in the matter *Martinez v. Kia Motors America, Inc.*, Los Angeles Superior Court Case No. 20STCV03687.

35. On June 2, 2022, the Honorable Kira L. Klatchko approved my hourly rate of $250.00 in the matter *Sauceda v. Ford Motor Company*, Riverside Superior Court Case No. PSC2003393.

**DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

36. On June 9, 2022, the Honorable Christopher K. Lui approved my hourly rates of $250.00 and $300.00 in the matter *Manukian v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV01835.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of June 2022, at Los Angeles, California.

/s/ Logan Pascal
LOGAN PASCAL

-6-
**DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022 I filed the foregoing document entitled **DECLARATION OF LOGAN PASCAL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David. N. Barry