DAVID N. BARRY, ESQ. (SBN 219230)
ANNA H. GALAVIZ, ESQ. (SBN 293651)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, OSCAR LEMUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEMUS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01301-SVW (GJSx)<br><br>[Removed from Superior Court of California for the County of Los Angeles, Case No. 22STCV02822]<br><br>**DECLARATION OF ANNA H. GALAVIZ, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: August 15, 2022<br>Time: 1:30 p.m.<br>Crtrm: 10A<br><br>Action Filed: January 24, 2022<br><br>*Assigned for all purposes to the Hon. Stephen V. Wilson in Courtroom 10A* |

I, Anna H. Galaviz, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California since December 10, 2013. I am an Associate Attorney at The Barry Law Firm, a firm specializing in consumer protection law, including claims under the Song-Beverly Consumer Warranty Act. I make this declaration in support of Plaintiff's Motion for

Attorneys' Fees and Costs. I have personal knowledge of the following facts that I know to be true and accurate. If called as a witness, I could and would competently testify thereto.

2. I have reviewed my time entries in this matter, which are attached as Exhibit "4" to Plaintiff's Motion for Attorneys' Fees and Costs, and confirm that the time entries that correspond to the work I performed are true and accurate. It is my custom and practice to contemporaneously keep track of my time with each dated entry. I track and bill my time in one-tenth of an hour increments.

3. I earned my Juris Doctor from Seattle University School of Law, *cum laude*, in May of 2010, and I earned my Bachelor of Science from University of California, Los Angeles in 1999.

4. I obtained my license to practice law in Washington state in November 2010 and remain in good standing. From approximately June 2008 to November 2008, I was employed as a Law Clerk at Safeco Corporation in Seattle, Washington, where I assisted in insurance defense litigation matters in the legal department of Safeco. In 2010, I served as a Judicial Extern at Washington State Supreme Court in the chambers of the Associate Chief Justice Charles W. Johnson. From approximately August 2010 to August 2012, I was employed as an Associate Attorney by a firm in Seattle, Washington specializing in employment law and insurance defense matters.

5. From approximately October 2014 to November 2016, I was employed as an Attorney by firms in Los Angeles, California, representing companies in commercial litigation in the sectors of technology, food and beverage, banking and health care and including securities fraud matters, a complex class action matter for a Fortune 500 food products company, and breach of contract matters for a global technology company. The legal work I performed for the global technology company included foreign language review and analysis of documents involved in a patent licensing dispute. From approximately May 2019 to March 2020, I was

-2-

1  employed as an Associate Attorney by a firm in Los Angeles, California,
2  specializing in consumer protection and warranty litigation in disputes involving
3  California's Song-Beverly Consumer Warranty Act and the Magnuson-Moss
4  Warranty Act.

5  6.  I have been practicing law for over six (6) years in good standing,
6  obtaining favorable results for my clients.

7  7.  I have been an Associate Attorney with The Barry Law Firm since
8  August of 2020. My hourly rate is $475.00, which is in line with, if not lower, than
9  the majority of attorneys with my level of education and experience practicing in my
10 geographical area and subject area of law.

11 8.  On October 29, 2021, the Honorable Gregory Alarcon approved my
12 hourly rate in the matter *Yazouri v. Ford Motor Company*, Los Angeles Superior
13 Court Case No. 19STCV46737.

14 9.  On January 6, 2022, the Honorable Michael Markman approved my
15 hourly rate in the matter *Rodriguez v. General Motors LLC*, Alameda Superior Court
16 Case No. HG20066742.

17 10. On January 1, 2022, my rate of $425.00 was increased to $475.00 due to
18 now being in practice for over 7 years.

19 11. On January 25, 2022, the Honorable Timothy Patrick Dillon approved
20 my hourly rate in the matter *Jackson v. General Motors LLC*, Los Angeles Superior
21 Court Case No. 19STCV31895.

22 12. On January 25, 2022, the Honorable Richard L. Fruin approved my
23 hourly rate in the matter *Castillo, et al. v. General Motors LLC*, Los Angeles
24 Superior Court Case No. 20STCV488897.

25 13. On January 31, 2022, the Honorable Michael P. Linfield approved my
26 hourly rate in the matter *Polanco v. General Motors LLC*, Los Angeles Superior
27 Court Case No. 20STCV22161.

28

-3-
**DECLARATION ANNA H. GALAVIZ, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

14. On March 24, 2022, the Honorable Christopher K. Lui approved my hourly rates of $425.00 and $475.00 in the matter *Orijel, et al. v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV32688.

15. On April 4, 2022, the Honorable Ronald L. Johnson approved my hourly rates of $425.00 and $475.00 in the matter *Eckert v. General Motors LLC*, Riverside Superior Court Case No. PSC1901863.

16. On April 8, 2022, the Honorable Timothy Patrick Dillon approved my hourly rate of $425.00 in the matter *Rodriguez v. General Motors LLC*, Los Angeles Superior Court Case No. 20STCV30483.

17. On May 11, 2022, the Honorable John F. Walter approved my hourly rates of $425.00 and $475.00 in the matter *Lopez v. Mercedes-Benz USA LLC*, United States District Court for the Central District of California Case No. 2:21-cv-04114-JFW-AGR.

18. On May 25, 2022, the Honorable Brian S. McCarville approved my hourly rates of $425.00 and $475.00 in the matter *Vega v. General Motors LLC*, San Bernardino Superior Court Case No. CIVDS2014761.

19. On June 9, 2022, the Honorable Christopher K. Lui approved my hourly rates of $425.00 and $475.00 in the matter *Manukian v. General Motors LLC*, Los Angeles Superior Court Case No. 19STCV01835.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of June 2022, at Los Angeles, California.

*/s/ Anna H. Galaviz*
ANNA H. GALAVIZ

-4-
**DECLARATION ANNA H. GALAVIZ, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022 I filed the foregoing document entitled **DECLARATION OF ANNA H. GALAVIZ, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David. N. Barry