UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEMUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **2:22-CV-1301-AH (GJSx)**<br><br>[Removed from Los Angeles Superior Court, Case No. 22STCV02822]<br><br>**JUDGMENT GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS [35] [JS-6]**<br><br>Date:  **August 15, 2022**<br>Time:  **1:30 p.m.**<br>Crtrm:  **10A**<br><br>Action Filed: January 24, 2022<br><br>*Assigned for all purposes to the Hon. Anne Hwang* |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order on March 14, 2025, after consideration of all the evidence presented, including moving papers, opposition papers, arguments of counsel and a decision having been duly rendered, **IT IS HEREBY ORDERED**:

1
2    The Court awards Plaintiff the following fees and costs as follows:
3    Fees:        $38,207.50
4    Costs:       $ 1,669.18
5
6    **Total Fees and Costs: $39,876.68**
7
8
9
10
11   DATED: MARCH 20, 2025            _____
12                                    THE HONORABLE ANNE HWANG
13
14                                    UNITED STATES DISTRICT JUDGE
15                                    CC:FISCAL
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28